| | |
|---|---|
| Full Name<br><br>Adrian Hall<br>_____<br>Committed Name (if different)<br><br>USP CANAAN PO BOX 300<br>_____<br>Full Address Including Name of Institution<br><br>Waymart, PA. 18472<br>_____<br><br>12026-007<br>_____<br>Prison Number (if applicable) | **FILED**<br>HARRISBURG, PA<br><br>JAN 0 3 2018<br><br>Per _____<br>Deputy Clerk |

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN HALL<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF PRISONS et. al.,<br>USP ALLENWOOD MEDICAL DEPARTMENT<br><br>Defendants(s). | Case No. CV 1:18-CV-12<br>(To be supplied by the Clerk)<br><br>CIVIL RIGHTS COMPLAINT<br>PURSUANT TO (check one)<br><br>☒ 42 U.S.C. § 1983,<br><br>or<br><br>☒ <u>Bivens v. Six Unknown Agents</u><br>403 U.S. 388 (1971) |

### A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2) If your answer to A is yes, how many? __N/A__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

   Plaintiff __n/a_____

   _____

   Defendants _n/a_____

   _____

b. Court
         __n/a_____

c. Docket or case number____n/a_____

d. Name of judge to whom case was assigned __n/a_____

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal? Was it appealed?  Is it still pending?)
   __n/a_____

f. Issues raised: ___n/a_____

   _____

   _____

g. Approximate date of filing lawsuit_n/a_____

h. Approximate date of disposition ___n/a_____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?
   ☒ Yes   ☐ No

2) Have you filed a grievance concerning the facts relating to your current complaint?
   ☒ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

3) Is the grievance procedure completed?
   ☒ Yes   ☐ No

If your answer is no, explain why not __n/a__

4) Please attach copies of papers related to the grievance procedure.
   See Attached Grievance exhausted admin remedy dated 8-4-2017
   Admin Remedy No. 897656-A1

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Adrian Hall__
(print plaintiff's name)

who presently resides at __USP CANAAN PO BOX 300 Waymart, Pa. 18472__, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____
__USP ALLENWOOD and FMC Springfield, Mo.__
(institution/city where violation occurred)

on (date or dates) __July 30, 2008__ to __May 16, 2016__ , _____ .
(Claim I)            (Claim II)                (Claim III)

(You need not name more than <u>one</u> defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming <u>more</u> than five (5) defendants.)

1) Defendant __Director FBOP Inch__ resides or works at
   (full name of first defendant)

   __Central Office 320 First Street N.W. Washington, D.C.__ , and is employed as
   (full address of first defendant)

   __Director of Federal Bureau Of Prisons__ .
   (defendant's position and title, if any)

   The defendant is sued in his/her:  ☒ individual  x☒ official capacity. (Check one or both).

   Explain how this defendant was acting under color of law:

   Defendant was employed as Director at the time of alleged incident

2) Defendant __Health Service Administrator__ resides or works at
   (full name of second defendant)

USP ALLENWOOD _____, and is employed as
(full address of second defendant)

Administrator Of Health Services
(defendant's position and title, if any)

The defendant is sued in his/her: x☒ individual  x☒ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

Defendant was employed as Health Services Administrator at the time of alleged incident.

3) Defendant Springfield Federal Medical Center Director resides or works at
(full name of third defendant)

FMC Springfield Springfield, Mo. _____, and is employed as
(full address of third defendant)

Health Service Director/Administrator
(defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual ☒ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

Defendant was employed as Health Service Director/Administrator at the time of the alleged incident.

4) Defendant _____ resides or works at
(full name of fourth defendant)

_____, and is employed as
(full address of fourth defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her: ☐ individual ☐ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:

5) Defendant _____ resides or works at
                        (full name of fifth defendant)

_____, and is employed as
                        (full address of fifth defendant)

_____
                        (defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☐ official capacity.  (Check one or both).

Explain how this defendant was acting under color of law:

_____

_____


### E. CLAIMS*

### CLAIM I

The following civil right has been violated:

The defendants showed a deliberate indifference to the seriousness of Plaintiff Adrian Hall's Medical Needs under the 8th Amendment of the U.S. Constitution.

_____

_____

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right].

Defendants for 8 years since July 30, 2008 prescribed metoprolol at 100 mg a day to Plaintiff Adrian Hall when he had no history of coronary artery disease in violation of the 8th Amendment Deliberate Indifference.

* If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

See attached Argument In Support Of Deliberate Indifference To The Seriousness Of Plaintiff Hall's Medical Needs under the 8th Amendment.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Plaintiff Hall request $500,000.00 Dollars in damages (punitive) that he claimed in his Tort Claim #TRT-NER-2017-03876 dated October 6, 2017 that he were denied by Acting Regional Counsel Joyce M. Horikawa, (2) Trial by Jury in Federal Court, (3) Permanent Federal And State Disability due to the damage from the Metoprolol and Hydrochlorothiazide improperly given to him that has caused irreparable harm to his bodily organs.

_(Signature of Plaintiff)_

12/27/2017
(Date)

Page 6 of 6

MR. ADRIAN T. HALL # 12026-007
UNITED STATES PENITENTIARY CANAAN
P.O. BOX 300
WAYMART, PA. 18472

"Legal
 MAIL"

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013

U.S. POSTAGE PAID
WAYMART, PA
18472
DEC 29, 17
AMOUNT
$0.00
R2305K138948-07

7017 1450 0000 1161 4989

RECEIVED
JAN 03 2018
PER _____ DEPUTY CLERK
HARRISBURG, PA.

CLERK OF COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET P.O. BOX 11754
220 FEDERAL BUILDING AND U.S. COURTHOUSE
HARRISBURG, PENNSYLVANIA
17108


