# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| *In re:* | Hall v. Federal Bureau of Prisons, *et al.*, | : : : | CIVIL ACTION NO. 1:18-CV-12 |
| | | : | (Chief Judge Conner) |
| Inmate: | Adrian Hall | : : | |
| ID: | 12026-007 | : | |

## ORDER

On January 3, 2018, plaintiff Adrian Hall ("Hall") commenced the above-captioned civil rights action by filing a civil rights complaint. Hall failed to submit the requisite filing fee or the proper mandatory financial forms required to proceed *in forma pauperis*.[1]

By Administrative Order dated December 8, 2017, the court informed Hall that this case would be dismissed without prejudice unless, within thirty (30) days of the Order, Hall either paid the statutory filing fee of $400.00 or submitted a proper application to proceed *in forma pauperis* and an authorization form. The court enclosed an application to proceed *in forma pauperis* and an authorization form with its December 8, 2017 Order.

On January 19, 2018, Hall submitted the authorization form but failed to submit the proper application to proceed *in forma pauperis*. Moreover, he has failed to submit a certified copy of his institutional account. (Doc. 6).

---

[1] The Middle District of Pennsylvania has two sets of forms for seeking leave to proceed *in forma pauperis*: a standard *pro se* application for leave to proceed in district court without prepaying fees or costs, and a prisoner application to proceed *in forma pauperis*. Hall erroneously filed the standard *pro se* form rather than the prisoner application. (Doc. 2). Additionally, Hall failed to submit an authorization form and a certified statement of his institutional account.

More than thirty (30) days have elapsed and Hall has neither made an appropriate submission nor requested an additional extension of time in which to comply with the court's requirements.

Therefore, it is hereby ORDERED that this action is DISMISSED without prejudice, and the Clerk of Court shall CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:     February 26, 2018